

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00227-CR

| | | |
|---|---|---|
| The State of Texas | § | From the 97th District Court |
| | § | of Montague County (2015-0256M-CR) |
| v. | § | December 14, 2017 |
| | § | Opinion by Justice Meier |
| | § | Dissent by Justice FitzGerald |
| Terri Sanders | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant The State of Texas shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier